

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2021

No. 04-21-00203-CR

**EX PARTE ARMANDO RAMOS**

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6442-W1
Honorable Velia J. Meza, Judge Presiding

# O R D E R

On August 9, 2021, appellant filed a pro se motion to place appeal in abeyance. We ORDER appellant's attorney, Mr. Richard B. Dulany, Jr., to file a response to appellant's pro se motion no later than August 23, 2021. Unless otherwise ordered by this court, appellant's brief remains due on August 26, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court